IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN OPEN COURT
U.S.D.C. Atlanta

AUG ‾ 5 2015

JAMES N. HATTEN, Clerk
By: _Sewell_
Deputy Clerk

ROBIN HOUSTON,

    Plaintiff,

    v.

PUBLIX SUPERMARKETS, INC.,

    Defendant.

CIVIL ACTION FILE
NO. 1:13-CV-206-TWT

## **VERDICT**

_____ We the jury find in favor of the Plaintiff and against the Defendant

and award the sum of $_____ as compensatory damages.

Or

___✓____ We the jury find in favor of the Defendant and against the

Plaintiff.

This 5th day of August, 2015.

_____
FOREPERSON

T:\CIVIL\Houston v. Publix\verdict.wpd