IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ROBIN HOUSTON

       Plaintiff(s)

v.

                                    CIVIL ACTION NO.
                                      1:13cv206-TWT

PUBLIX SUPER MARKETS, INC.

       Defendant(s)

## JUDGMENT

      This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict in favor of the Defendant Publix Super Markets, Inc. and against the Plaintiff Robin Houston.

      It is Ordered and Adjudged that plaintiff take nothing, that the action be dismissed and that the defendants Publix Super Markets, Inc.  recover of the plaintiff Robin Houston their costs of action.

                            August 6, 2015

                            JAMES N. HATTEN,  Clerk

                            By /s/Sheila T. Sewell
                                     Deputy Clerk