UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ROBIN HOUSTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO.: 1:13-CV-00206-TWT |
| | ) |
| PUBLIX SUPER MARKETS, INC., | ) |
| | ) |
| Defendant. | ) |

## PLAINTIFF ROBIN HOUSTON'S NOTICE OF APPEAL

Notice is hereby given that Plaintiff Robin Houston hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Judgment in the above captioned case [Doc. 274].

Respectfully submitted this 28th day of August, 2015.

/s/ Keith E. Fryer
Keith E. Fryer
Georgia Bar No. 279037
FRYER, SHUSTER & LESTER, P.C.
1050 Crown Point Pkwy, Suite 410
Atlanta, GA 30338
Tel. (770) 668-9300
Fax. (770) 668-9465

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day filed the within and foregoing **PLAINTIFF ROBIN HOUSTON'S NOTICE OF APPEAL** with the Clerk of Court using the CM/ECF system, which automatically sent counsel of record e-mail notification of such filing

This 28th day of August, 2015.

/s/Keith E. Fryer