

**UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT**

ELBERT P. TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

March 09, 2018

James N. Hatten
Richard B. Russell Bldg & US Courthouse
2211 UNITED STATES COURTHOUSE
75 TED TURNER DR SW
STE 2211
ATLANTA, GA 30303-3309

Appeal Number: **15-13851-GG**
Case Style: ML Healthcare Services, LLC v. Publix Super Markets, Inc., et al
District Court Docket No: 1:13-cv-00206-TWT

The following record materials in the referenced case are returned herewith:

<u>One Envelope of Exhibits.</u>

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Will Miller
Phone #: (404) 335-6115

REC-3 Ltr Returning Record to DC